IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AURELIAN IP MANAGEMENT, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:17-cv-211-RWS-RSP |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SAS INSTITUTE INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER OF DISMISSAL OF SAS INSTITUTE INC. WITHOUT PREJUDICE

CAME ON THIS DAY for consideration of the Notice of Voluntary Dismissal of SAS Institute Inc. Without Prejudice, the Court finds that good cause exists for dismissing this action. All claims asserted by Plaintiff against Defendant SAS Institute Inc. are hereby dismissed without prejudice.

**SIGNED this 18th day of May, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE